# ℂ𝕊 CHRISTOPHER S. SWIECICKI
### *Attorney At Law*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/16

February 2, 2016

Via Fax @ 212.805.6326
Honorable Colleen McMahon
United States District Judge
United States District Court
 For the Southern District of New York
500 Pearl Street, Room 1640
New York, NY 10007

**MEMO ENDORSED**

*Counsel 2/3/16 are appearing. I will not be entering a default judgment.*

RE: Redhawk Holdings Corp. v. Craig Investments, LLC, et al
Case No. 15-CV-09127

Honorable Judge McMahon:

*Colleen McM*

On behalf of Defendant Craig Investments, LLC I filed the attached Request for ECF account with the United States District Court For the Southern District of New York. I anticipate the assignment of an ECF account within the next 24 hours. Upon receipt of the ECF account I will file my motion for admission Pro Hac Vice.

The Plaintiffs moved for a default judgment on February 1, 2016. I ask the court to stay any action on said motion until I have entered my appearance and requested from the court a reasonable time to file a responsive pleading.

Respectfully,

Christopher S. Swiecicki

CSS/tm
Enclosure

17295 Chesterfield Airport Road  Suite 200  Chesterfield, MO 63005
636.530.3608 Office   314.341.5796 Cell   636.530.0596 Fax
Christopher.Swiecicki@gmail.com